# IN THE SUPREME COURT OF THE STATE OF NEVADA

NAKIA WOODSON,

               Appellant,

vs.

WALMART, INC., A FOREIGN
CORPORATION; AND SEDGWICK
CLAIM MANAGEMENT SYSTEMS,
INC.,

               Respondents.

No. 81707

FILED

OCT 14 202_

CLERK OF COURT
BY _____

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying an appeal from the justice court. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge. Review of the notice of appeal and documents submitted to this court reveals a jurisdictional defect. The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction over this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Joanna Kishner, District Judge
       Nakia Woodson
       Phillips, Spallas & Angstadt, LLC
       Eighth District Court Clerk

20-37696